IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DEBBIE DOLLINS                                                                                  PLAINTIFF

v.                                      NO. 3:14-cv-00164 JTK

CAROLYN W. COLVIN, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 1st day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE